# Exhibit A

# REGISTER OF ACTIONS
## CASE NO. 19-01-00015-CVK

| | | |
|---|---|---|
| Emran, LLC et al. vs. Catlin Specialty Insurance Company et al. | § § § § § | Case Type: **All Other Civil Cases**<br>Date Filed: **01/22/2019**<br>Location: **218th District Court** |

### PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **Catlin Specialty Insurance Company**<br>AUSTIN, TX 78701 | |
| **Defendant** | **Engle Martin & Associates, LLC**<br>DALLAS, TX 75201-3136 | |
| **Defendant** | **McClelland and Hine, Inc.**<br>SAN ANTONIO, TX 78270 | |
| **Plaintiff** | **Emran, LLC**<br>Houston, TX 77007 | MATTHEW J WORRALL<br>*Retained*<br>832-423-4115(W) |
| **Plaintiff** | **Suleiman, Wael**<br>Houston, TX 77007 | |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 01/22/2019 | **Original Petition (OCA)** | | |
| 01/22/2019 | **Petition** | | |
| 01/23/2019 | **Citation Issued** | | |
| 01/23/2019 | **Citation** | | |
| | Catlin Specialty Insurance Company | Unserved | |
| 01/23/2019 | **Citation Issued** | | |
| 01/23/2019 | **Citation** | | |
| | Catlin Specialty Insurance Company | Unserved | |
| 01/23/2019 | **Citation Issued** | | |
| 01/23/2019 | **Citation** | | |
| | Catlin Specialty Insurance Company | Unserved | |
| 01/30/2019 | **Certified Mail Return Reciept** | | |
| 01/31/2019 | **Certified Mail Return Reciept** | | |
| 02/19/2019 | **Answer** | | |
| 02/20/2019 | **Other** | | |

### FINANCIAL INFORMATION

**Plaintiff** Emran, LLC
Total Financial Assessment                                                                                                           810.00
Total Payments and Credits                                                                                                           810.00
**Balance Due as of 02/26/2019**                                                                                                        **0.00**

| | | | |
|---|---|---|---|
| 01/23/2019 | Transaction Assessment | | 810.00 |
| 01/23/2019 | Efile TX Intg Payment Type   Receipt # 2019-02127-DC | Emran, LLC | (810.00) |