# Exhibit D

Case 5:19-cv-00191-DAE   Document 1-6   Filed 02/27/19   Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EMRAN, LLC AND WAEL SULEIMAN | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:19-CV-00191 |
| CATLIN SPECIALTY INSURANCE COMPANY, ENGLE MARTIN & ASSOCIATES, LLC, AND MCCLELLAND AND HINE, INC. | § § § § § | |
| Defendants. | § | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants' Catlin Specialty Insurance Company and Engle Martin & Associates, LLC submit the following Disclosure Statement and states:

1. Catlin Group Limited, a Bermuda Corporation, is the ultimate parent of Catlin Specialty Insurance Company and Catlin Indemnity Company, through its wholly owned subsidiary, Catlin Insurance Company, Ltd., a Bermuda Corporation, which in turn wholly owns Catlin (North American) Holdings Limited.

2. Catlin (North American) Holdings Limited wholly owns Catlin, Inc., a Delaware Corporation, which owns Catlin Specialty Insurance Company, a Delaware Corporation, which owns Catlin Indemnity Company, a Delaware Corporation. All ownership is 100%. There are no companies that are publicly held in the US.

3. Defendant Engle Martin & Associates, LLC is a single-member Georgia limited liability company, the sole member of which is Cor Partners, Inc., a Missouri corporation. It is

not publicly held or traded. No publicly held corporation owns 10% or more of its stock.

          Respectfully submitted,

          **ZELLE LLP**

          By:    */s/ Michael C. Upshaw*
             Steven J. Badger
             Texas Bar No. 01499050
             sbadger@zelle.com
             Michael C. Upshaw
             Texas Bar No. 24099142
             mupshaw@zelle.com

          901 Main Street, Suite 4000
          Dallas, TX  75202-3975
          Telephone:    214-742-3000
          Facsimile:     214-760-8994

          **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     A true and correct copy of the forgoing has been served on the following counsel of record in accordance with TEXAS RULES OF CIVIL PROCEDURE on this 27th day of February 2019 as follows:

Matthew J. Worrall
Texas Bar No. 24070883
mworrall@worralllaw.com
WORRALL LAW GROUP, PLLC
1201 Shepherd Dr.
Houston, Texas 77007
Telephone:   832-423-4115
Facsimile:    713-583-3411
*Attorney for Plaintiffs*

          */s/ Michael C. Upshaw*
          Michael C. Upshaw